IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**MICHAEL BORN**
574 Lakengren Drive
Eaton, Ohio 45320

Case No.: 1:25-cv-887

Judge

Plaintiff,

vs.

**BOARD OF TRUSTEES
MIAMI UNIVERSITY**
501 E. High Street
Oxford, Ohio 45056

**COMPLAINT WITH JURY DEMAND**

Defendant.

---

Now comes Plaintiff Michael Born ("Plaintiff") by his attorney and for his Complaint against Defendant Board of Trustees, Miami University ("Defendant") states and avers as follows:

## I. PARTIES, JURISDICTION & VENUE

1. This is an action for wrongful discharge predicated on disability discrimination, prohibited by The Americans with Disabilities Act, 42 U.S.C.§12101, et seq. and timely brought pursuant to a Notice of Right to Sue issued by the Equal Employment Opportunity Commission.

2. Plaintiff is a former employee of Defendant.

3. Defendant was Plaintiff's previous employer and is a public university located in Oxford Ohio.

4. This Court has subject matter jurisdiction over employment discrimination actions.

5. Venue is proper in this Court as to matters complained of herein occurred in Butler County, an area covered by this judicial district.

## II. FACTUAL BACKGROUND

6. Plaintiff restates the previous allegations of paragraphs 1-5 herein.

7. Plaintiff began his employment with Defendant in August 2001 and at all relevant times was a building and grounds assistant.

8. Plaintiff is a disabled individual, including but not limited to being deaf, having cerebral palsy, and mental health disabilities.

9. During his employment with Plaintiff he was qualified for his work position and also performed his job requirements to the best of his ability.

10. On April 21, 2023, Defendant advised Plaintiff he was being investigated for alleged violations of University policy, failure of good behavior, insubordination, and failure to perform required work duties and leaving the work area without prior authorization.

11. The allegations seemingly arose out of extensive text discussions Plaintiff had with a Miami University female student, as well as interactions with her in one of the school cafeterias.

12. On or about May 25, 2023 Plaintiff resigned his employment at the suggestion of his union representatives. At the time of his resignation Plaintiff did not understand what he was signing due to his disabilities. Also at that time his principal care giver and close friend had recently died. Plaintiff attempted to withdraw his resignation but Defendant refused to allow him to do so.

13. Defendant failed to consider how Plaintiff's disabilities impacted his actions in respect to the female student and failed to consider whether lesser discipline would solve the problem.

14. Defendant treated Plaintiff differently in respect to the terms and conditions of his employment than non disabled employees, and in particular, due to understanding that Plaintiffs

numerous disabilities were driving the alleged inappropriate actions and in failing to address whether to provide Plaintiff with reasonable accommodations.

15. As a result of Defendant's unlawful actions, Plaintiff has been damaged in the form of lost pay and benefits, compensatory damages, mental anguish/emotional distress and reasonable attorney fees and costs.

## III. CAUSES OF ACTION
### A. DISABILITY DISCRIMINATION
The Americans with Disabilities Act

16. Plaintiff restates the previous allegations of paragraphs 1-15 herein.

17. Plaintiff is a member of a class of individuals protected from disability discrimination by the Americans with Disabilities Act.

18. Plaintiff was treated differently than non disabled employees by Defendant in respect to the terms and conditions of his employment, as further described above.

19. As a result of Defendant's unlawful actions, Plaintiff has been damaged as set forth above.

## IV. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

A. Reinstatement together with loss pay and benefits;

B. Compensatory damages in a sum in excess of $50,000;

C. Statutory damages;

D. Reasonable attorney fees and costs;

E. Pre and post judgment interest; and

F. Such other relief that this Court deems just and equitable.

Respectfully submitted,

DUWEL LAW

/s/ David M. Duwel
DAVID M. DUWEL (0029583)
130 West Second Street, Ste 2101
Dayton, Ohio 45402
PH: (937) 297-1154
FAX: (937) 297-1152
ATTORNEY FOR PLAINTIFF

## JURY DEMAND

Plaintiff demands a trial by jury.

/s/ David M. Duwel
DAVID M. DUWEL (0029583)